**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| WILLIAM HERRON, | ) | 3:13-cv-00075-HDM-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| PERI & SON'S FARMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On March 12, 2013, defendant filed a motion to dismiss plaintiff's complaint (#3). On August 27, 2013, the court granted plaintiff leave to file an amended complaint. Plaintiff filed his first amended complaint on September 5, 2013. The amended complaint supersedes plaintiff's original complaint. *Dichter-Mad Family Partners, LLP v. United States*, 707 F. Supp. 2d 1016, 1054 (C.D. Cal. 2010). Accordingly, defendant's motion to dismiss (#3) is **DENIED AS MOOT**.

IT IS SO ORDERED.

DATED: This 9th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE