AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

WILLIAM HERRON,

    Plaintiff,

V.

PERI & SONS FARMS, INC, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   3:13-cv-00075-HDM-VPC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the defendant's motion for summary judgment (#31) is GRANTED.

May 13, 2014                                                     **LANCE S. WILSON**
                                                                 Clerk

                                                                 /s/ K. Rusin
                                                                 Deputy Clerk